JAMES GILMAN *versus* OTIS FISHER

JOURNAL ENTRIES (1819–22): *Journal 2:* (1) Appearances *p. 687. *Journal 3:* (2) Death suggested, proceedings stayed *p. 161; (3) discontinued *p. 271.

PAPERS IN FILE: (1) Writ of certiorari; (2) writ of habeas corpus cum causa; (3) transcript of county court records; (4) notice of taking deposition; (5) subpoena.

*Office Docket*, MS p. 90, c. 35. Recorded in *Book A*, MS pp. 394–400.